UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDDY CHINCHILLA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CULINARY WORKERS UNION, LOCAL 226, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:13-cv-01501-GMN-NJK <br><br> **ORDER** |

Pending before the Court is the parties' Stipulation to Stay Discovery. *See* Docket 14; *see also* Docket No. 5 ("motion to dismiss"). Although the parties submit that good cause exists to grant the proposed stay, they have failed to actually show good cause. "A showing that discovery may involve some inconvenience and expense does not establish good cause for issuance of a stay." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D 597, 600 (D. Nev. 2011).

Accordingly, the parties' Stipulation to Stay Discovery is **DENIED without prejudice**.

IT IS SO ORDERED.

DATED: September 25, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge